*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HITESMAN, GASTON, and GEIS,
Appellate Military Judges

_____

### UNITED STATES
Appellee

**v.**

### Annie N. LUNSFORD
Sonar Technician (Surface) Seaman (E-3), U.S. Navy
Appellant

### No. 201900137

Decided: 14 November 2019.

Appeal from the United States Navy-Marine Corps Trial Judiciary. Military Judges: Captain Johnathan Stephens, JAGC, USN (arraignment); Captain Aaron C. Rugh, JAGC, USN (trial). Sentence adjudged 07 March 2019 by a special court-martial convened at Naval Base San Diego, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 10 months, and a bad-conduct discharge.

For Appellant: Captain Bree A. Ermentrout, JAGC, USN.

For Appellee: Brian K. Keller, Esq.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law

and fact and that no error materially prejudicial to the appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court